| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
|   | United States Attorney |
| 2 | SAMUEL WONG |
|   | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
|   | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2772 |
|   | Facsimile:  (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff |
|   | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-131-TLN |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE HEARING DATE AS TO DEFENDANTS LEOBARDO MARTINEZ-CARRANZA, BRADLEY GENE WARD, AND WILLIAM JAMES WELCH ONLY** |
| v. | |
| JOSE MANUEL VALDEZ-TORRES, ET AL., | |
| Defendants. | Court: Hon. Troy L. Nunley |

Whereas, defense counsel for each of the remaining defendants who are parties to this stipulation desire additional time to allow them to attempt to resolve pretrial this prosecution as defense counsel need to: (1) review scores of telephone conversations, some of which are in Spanish language and others in the English language and often in alleged code, related to alleged multiple drug transactions; (2) review Sentencing Guidelines calculations with their respective clients; and (3) explain the ramifications and consequences of accepting vs. rejecting the plea offers made to their respective client,

It is hereby stipulated and agreed by, and between, the United States, on the one hand, and defendants Leobardo Martinez-Carranza, Bradley Gene Ward, and William James Welch, through their respective counsel that:

1. The presently set August 3, 2017, status conference hearing as to these defendants only shall be continued to September 7, 2017, at 9:30 a.m.

1

2. The Court shall find that the denial of the requested continuance would deny respective counsel for defendant Leobardo Martinez-Carranza, Bradley Gene Ward, and William James Welch the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

3. The Court shall find that the ends of justice served by the granting of such continuance outweigh the best interests of the public and these defendants in a speedy trial.

4. Pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, the Court shall exclude time from the date of the parties' stipulation, August 1, 2017, until the proposed September 7, 2017, status conference date from computation of time within which the trial of this matter must be commenced to allow each defense counsel time to prepare his/her client's defense.

DATED: August 1, 2017 PHILLIP A. TALBERT
United States Attorney

By: */s/ Samuel Wong*
SAMUEL WONG
Assistant United States Attorney

DATED: August 1, 2017

By: */s/ Jesse Ortiz*
JESSE ORTIZ
Attorney for defendant
Leobardo Martinez-Carranza

DATED: August 1, 2017

By: /s/ *Toni White*
TONI WHITE
Attorney for defendant
Bradley Gene Ward

DATED: August 1, 2017

By: */s/ David Grow*
DAVID GROW
Attorney for defendant
William James Welch

# ORDER

Pursuant to stipulation of respective counsel for the parties, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety as its ORDER.

The Court hereby finds that:

1. The denial of the requested continuance would deny respective counsel for defendants Leobardo Martinez-Carranza, Bradley Gene Ward, and William James Welch the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

2. The ends of justice served by the granting of such continuance outweigh the best interests of the public and these defendants in a speedy trial.

Therefore, it is hereby ORDERED that:

1. The presently set August 3, 2017, status conference hearing be continued to September 7, 2017, at 9:30 a.m. for these defendants only.

2. Pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (iv) and Local Code T4, time is excluded from the date of the parties' stipulation, August 1, 2017, until the proposed September 7, 2017, status conference hearing date from computation of time within which the trial of this matter must be commenced to allow each defense counsel time to prepare his/her client's defense.

DATED: August 1, 2017

Troy L. Nunley
United States District Judge