PHILLIP A. TALBERT
United States Attorney
SAMUEL WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-131-TLN |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE HEARING DATE AS TO DEFENDANTS LEOBARDO MARTINEZ-CARRANZA, BRADLEY GENE WARD, AND WILLIAM JAMES WELCH ONLY AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| JOSE MANUEL VALDEZ-TORRES, ET AL., | |
| Defendants. | |
| | Court: Hon. Troy L. Nunley |

Whereas, defense counsel for each of the remaining defendants who are parties to this stipulation desire additional time to allow them to attempt to resolve pretrial this prosecution as defense counsel need to: (1) review scores of telephone conversations, some of which are in Spanish language and others in the English language and often in alleged code, related to alleged multiple drug transactions; (2) review Sentencing Guidelines calculations with their respective clients; and (3) explain the ramifications and consequences of accepting vs. rejecting the plea offers made to their respective client, and

Whereas, Jesse Ortiz, counsel for defendant Leobardo Martinez-Carranza, has been preparing for trials and participating in trials for substantial portions in July, August, and September 2017, and has been unavailable to fully work on this case and needs additional time to prepare his client's defense in

1

this case.

It is hereby stipulated and agreed by, and between, the United States, on the one hand, and defendants Leobardo Martinez-Carranza, Bradley Gene Ward, and William James Welch, through their respective counsel that:

1. The presently set September 7, 2017, status conference hearing as to these defendants only shall be continued to October 5, 2017, at 9:30 a.m.

2. The Court shall find that the denial of the requested continuance would deny respective counsel for defendants Leobardo Martinez-Carranza, Bradley Gene Ward, and William James Welch the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

3. The Court shall find that the denial of the requested continuance would deny defendant Leobardo Martinez-Carranza continuity of counsel.

4. The Court shall find that the ends of justice served by the granting of such continuance outweigh the best interests of the public and these defendants in a speedy trial.

5. Pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, the Court shall exclude time from the date of the parties' stipulation, September 5, 2017, until the proposed October 5, 2017, status conference date from computation of time within which the trial of this matter must be commenced to allow each defense counsel time to prepare his/her client's defense, and defendant Leobardo Martinez-Carranza continuity of counsel.

DATED: September 5, 2017            PHILLIP A. TALBERT
United States Attorney

By: */s/ Samuel Wong*
SAMUEL WONG
Assistant United States Attorney

DATED: September 5, 2017

By: */s/ Jesse Ortiz*
JESSE ORTIZ
Attorney for defendant
Leobardo Martinez-Carranza

DATED: September 5, 2017

By: /s/ *Toni White*

TONI WHITE
Attorney for defendant
Bradley Gene Ward

DATED: September 5, 2017

By: */s/ David Grow*

DAVID GROW
Attorney for defendant
William James Welch

# ORDER

Pursuant to stipulation of respective counsel for the parties, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety as its ORDER.

The Court hereby finds that:

1. The denial of the requested continuance would deny respective counsel for defendants Leobardo Martinez-Carranza, Bradley Gene Ward, and William James Welch the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and deny defendant Leobardo Martinez-Carranza continuity of counsel.

2. The ends of justice served by the granting of such continuance outweigh the best interests of the public and these defendants in a speedy trial.

Therefore, it is hereby ORDERED that:

1. The presently set September 7, 2017, status conference hearing be continued to October 5, 2017, at 9:30 a.m. for these defendants only.

2. Pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (iv) and Local Code T4, time is excluded from the date of the parties' stipulation, September 5, 2017, until the proposed October 5, 2017, status conference hearing date from computation of time within which the trial of this matter must be commenced to allow each defense counsel time to prepare his/her client's defense and allow defendant Leobardo Martinez-Carranza continuity of counsel.

DATED: September 5, 2017

_____
Troy L. Nunley
United States District Judge