| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | SAMUEL WONG<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2772<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-131-TLN |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE HEARING DATE AS TO **DEFENDANT LEOBARDO MARTINEZ-CARRANZA ONLY**, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| JOSE MANUEL VALDEZ-TORRES, ET AL., | |
| Defendants. | Court: Hon. Troy L. Nunley |

Whereas, defense counsel Jesse Ortiz, Esq., for defendant Leobardo Martinez-Carranza desires additional time to allow him to attempt to resolve pretrial this prosecution as defense counsel needs to: (1) review scores of telephone conversations, some of which are in Spanish language and others in the English language and often in alleged code, related to alleged multiple drug transactions; (2) review Sentencing Guidelines calculations applicable to his client; (3) explain the ramifications and consequences of accepting vs. rejecting the plea offer made to his client, and (4) retain the services of a Spanish/English language interpreter to accompany him to travel to the Nevada County Jail to meet with his client and provide translation services in explaining the written plea agreement offered by the United States to his client (in the recent past, defense counsel has had difficulty obtaining an interpreter to perform such work on this case),

It is hereby stipulated and agreed by, and between, the United States, on the one hand, and

1

defendant Leobardo Martinez-Carranza, on the other hand, through their respective counsel that:

1. The presently set October 5, 2017, status conference hearing as to defendant Leobardo Martinez-Carranza only shall be continued to November 9, 2017, at 9:30 a.m.

2. The Court shall find that the denial of the requested continuance would deny counsel for defendant Leobardo Martinez-Carranza reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

3. The Court shall find that the ends of justice served by the granting of such continuance outweigh the best interests of the public and defendant Leobardo Martinez-Carranza in a speedy trial.

5. Pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, the Court shall exclude time from the date of the parties' stipulation, October 3, 2017, until the proposed November 9, 2017, status conference date from computation of time within which the trial of this matter must be commenced to allow defense counsel time to prepare his client's defense.

DATED: October 3, 2017            PHILLIP A. TALBERT
                                                United States Attorney

                                                */s/ Samuel Wong*
                              By:
                                                SAMUEL WONG
                                                Assistant United States Attorney

DATED: October 3, 2017

                                                */s/ Jesse Ortiz*
                              By:
                                                JESSE ORTIZ
                                                Attorney for defendant
                                                Leobardo Martinez-Carranza

**ORDER**

Pursuant to stipulation of respective counsel for the parties, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety as its ORDER.

The Court hereby finds that:

1. The denial of the requested continuance would deny counsel for defendant Leobardo Martinez-Carranza the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

2. The ends of justice served by the granting of such continuance outweigh the best interests of the public and defendant Leobardo Martinez-Carranza in a speedy trial.

Therefore, it is hereby ORDERED that:

1. The presently set October 5, 2017, status conference hearing be continued to November 9, 2017, at 9:30 a.m. for defendant Leobardo Martinez-Carranza only.

2. Pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (iv) and Local Code T4, time is excluded from the date of the parties' stipulation, October 3, 2017, until the proposed November 9, 2017, status conference hearing date from computation of time within which the trial of this matter must be commenced to allow defense counsel time to prepare defendant Leobardo Martinez-Carranza's defense.

DATED: October 3, 2017

Troy L. Nunley
United States District Judge