Andres Slas (SBN 311242)
Andres@jesseortizlaw.com
**Ortiz Law Group P.C.**
980 9th Street, Ste. 340
Sacramento, CA 95814
Phone: (916) 443-9500
Fax:   (916) 443-9501

Attorney for Defendant
LEOBARDO MARTINEZ-CARRANZA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br><br><br>LEOBARDO MARTINEZ-CARRANZA<br><br>    Defendant. | Case No.:  2:15-CR-00131-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**<br><br>DATE: March 22, 2018<br>TIME: 9:30 a.m.<br>COURT: Hon Troy L. Nunley |

**IT IS HEREBY ST**Samuel Wong**, Assistant United States Attorney; and Defendant LEOBARDO MARTINEZ-CARRANZA, and his attorney of record, Jesse Ortiz, that the Sentencing Hearing presently set for March 22, 2018 at 9:30 a.m., in Courtroom 2 of the United States District Court, Eastern District, be continued to April 26, 2018 in Courtroom 2, of the United States District Court, Eastern District.

**SO STIPULATED.**

1 | Dated: March 8, 2018             __/s/ Andres Salas_____
2 |                                          Andres Salas
  |                                          **Ortiz Law Group P.C.**
3 |                                          Attorney for Defendant Oscar Gonzalez
4 |
5 | Dated: March 8, 2018             __/s/   Samuel Wong            _____
  |                                          Samuel Wong
6 |                                          Assistant United States Attorney

**ORDER**

**IT IS HEREBY ORDERED** that the Sentencing Hearing presently set for March 22, 2018 at 9:00 a.m., in Courtroom 2 of the United States District Court, Eastern District, is continued to April 26, 2018, at 9:30 a.m., in Courtroom 2, of the United States District Court, Eastern District.

DATED: March 8, 2018

_____
Troy L. Nunley
United States District Judge