Andres Slas (SBN 311242)
Andres@jesseortizlaw.com
**Ortiz Law Group P.C.**
980 9th Street, Ste. 340
Sacramento, CA 95814
Phone: (916) 443-9500
Fax:  (916) 443-9501

Attorney for Defendant
LEOBARDO MARTINEZ-CARRANZA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>  Plaintiff,  <br> v.  <br><br> LEOBARDO MARTINEZ-CARRANZA  <br>  Defendant. | Case No.: 2:15-CR-00131-TLN  <br><br> **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**  <br><br> DATE:  March 22, 2018  <br> TIME:  9:30 a.m.  <br> COURT:  Hon Troy L. Nunley |

**IT IS HEREBY ST Samuel Wong**, Assistant United States Attorney; and Defendant LEOBARDO MARTINEZ-CARRANZA, and his attorney of record, Jesse Ortiz, that the Sentencing Hearing presently set for March 22, 2018 at 9:30 a.m., in Courtroom 2 of the United States District Court, Eastern District, be continued to April 26, 2018 in Courtroom 2, of the United States District Court, Eastern District.

**SO STIPULATED.**

1

| | | |
|---|---|---|
| 1 | Dated: March 8, 2018 |   /s/ Andres Salas |
| 2 | | Andres Salas |
| | | **Ortiz Law Group P.C.** |
| 3 | | Attorney for Defendant Oscar Gonzalez |
| 4 | Dated: March 8, 2018 |   /s/  Samuel Wong |
| 5 | | Samuel Wong |
| 6 | | Assistant United States Attorney |

**ORDER**

**IT IS HEREBY ORDERED** that the Sentencing Hearing presently set for March 22, 2018 at 9:00 a.m., in Courtroom 2 of the United States District Court, Eastern District, is continued to April 26, 2018, at 9:30 a.m., in Courtroom 2, of the United States District Court, Eastern District.

DATED: March 8, 2018

Troy L. Nunley
United States District Judge