Andres Salas (SBN 311242)
Andres@jesseortizlaw.com
**Ortiz Law Group P.C.**
980 9th Street, Ste. 340
Sacramento, CA 95814
Phone: (916) 443-9500
Fax:   (916) 443-9501


Attorney for Defendant
LEOBARDO MARTINEZ-CARRANZA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br><br><br>LEOBARDO MARTINEZ-CARRANZA<br><br>  Defendant. | Case No.: 2:15-CR-00131-TLN<br><br>**AMENDED STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**<br><br>DATE:   March 22, 2018<br>TIME:   9:00 a.m.<br>COURT:  Hon Troy L. Nunley |

**IT IS HEREBY STIPULATED** by and between plaintiff United States of America, by **Samuel Wong**, Assistant United States Attorney; and Defendant LEOBARDO MARTINEZ-CARRANZA, and his attorney of record, Jesse Ortiz, that the Sentencing Hearing presently set for March 22, 2018 at 9:30 a.m., in Courtroom 2 of the United States District Court, Eastern District, be continued at the request of defendant MARTINEZ-CARRANZA to April 26, 2018 in Courtroom 2, of the United States District Court, Eastern District.

**SO STIPULATED.**

1

| | | |
|---|---|---|
| Dated: March 8, 2018 | | /s/ Andres Salas |
| | | Andres Salas |
| | | **Ortiz Law Group P.C.** |
| | | Attorney for Defendant Leobardo Martinez Carranza |

| | | |
|---|---|---|
| Dated: March 8, 2018 | | McGREGOR W. SCOTT |
| | | United States Attorney |
| | By: | /s/ Samuel Wong |
| | | Samuel Wong |
| | | Assistant United States Attorney |

**ORDER**

**IT IS HEREBY ORDERED** that the Sentencing Hearing presently set for March 22, 2018 at 9:00 a.m., in Courtroom 2 of the United States District Court, Eastern District, is continued at the request of defendant MARTINEZ-CARRANZA to April 26, 2018, at 9:30 a.m., in Courtroom 2, of the United States District Court, Eastern District.

DATED: March 12, 2018

Troy L. Nunley
United States District Judge