Andres Salas (SBN 311242)
Andres@jesseortizlaw.com
**Ortiz Law Group P.C.**
980 9th Street, Ste. 340
Sacramento, CA 95814
Phone: (916) 443-9500
Fax:   (916) 443-9501

Attorney for Defendant
LEOBARDO MARTINEZ-CARRANZA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No.: 2:15-CR-00131-TLN |
| ) | |
| Plaintiff,  ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| v.  ) | |
| ) | DATE:   April 26, 2018 |
| ) | TIME:   9:30 a.m. |
| ) | COURT:  Hon Troy L. Nunley |
| LEOBARDO MARTINEZ-CARRANZA  ) | |
| Defendant.  ) | |

**IT IS HEREBY STIPULATED** by and between plaintiff United States of America, by **Samuel Wong**, Assistant United States Attorney; and Defendant LEOBARDO MARTINEZ-CARRANZA, and his attorney of record, Jesse Ortiz, that the Sentencing Hearing presently set for April 26, 2018 at 9:30 a.m., in Courtroom 2 of the United States District Court, Eastern District, be continued at the request of defendant MARTINEZ-CARRANZA to July 12, 2018 in Courtroom 2, of the United States District Court, Eastern District.

**SO STIPULATED.**

| | | |
|---|---|---|
| Dated: March 8, 2018 | | ___/s/ Andres Salas_____<br>Andres Salas<br>**Ortiz Law Group P.C.**<br>Attorney for Defendant Leobardo Martinez Carranza |
| Dated: March 8, 2018 | | McGREGOR W. SCOTT<br>United States Attorney |
| | By: | ___/s/   Samuel Wong_____<br>Samuel Wong<br>Assistant United States Attorney |

**ORDER**

IT IS HEREBY ORDERED that the Sentencing Hearing presently set for April 26, 2018 at 9:3 a.m., in Courtroom 2 of the United States District Court, Eastern District, is continued at the request of defendant MARTINEZ-CARRANZA to July 12, 2018, at 9:30 a.m., in Courtroom 2, of the United States District Court, Eastern District.

DATED: April 25, 2018

Troy L. Nunley
United States District Judge